Cardillo & Corbett
Attorneys for Plaintiff
T.K.B. Shipping A/S
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR 7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
T.K.B. SHIPPING A/S,

                Plaintiff,

      -against-

CABOMUNDO SHIPPING LINE TRANSPORTES
MARITIMOS S.A.,

                Defendant.
------------------------------------------x

**ECF**
**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, T.K.B. SHIPPING A/S, certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated:    New York, New York
          March 28, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              T.K.B. SHIPPING A/S

                    By: _____
                              James P. Rau (JR 7209)