UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
T.K.B. SHIPPING A/S,                :
                                    :
                    Plaintiff,      :   **ECF**
                                    :   **NOTICE OF DISMISSAL**
         -against-                  :   **PURSUANT TO FRCP**
                                    :   **RULE 41(a)(1)**
CABOMUNDO SHIPPING LINE TRANSPORTES :   **08 Civ. 3167 (RWS)**
MARITIMOS S.A.,                     :
                                    :
                    Defendant.      :
------------------------------------x

        PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice and without costs. The defendant has not appeared or served an answer in this action.

Dated:   New York, New York
         August 26, 2008

                                    CARDILLO & CORBETT
                                    Attorneys for Plaintiff,
                                    T.K.B. SHIPPING A/S

                By: _____
                      James P. Rau (JR 7209)

                      Office and P.O. Address
                      29 Broadway, Suite 1710
                      New York, New York 10006
                      Tel: (212) 344-0464